# MEMORANDA OF CASES DISPOSED OF WITHOUT OPINION.

KILBY *v.* RICHMOND CEDAR WORKS, from Gates. *Bond* and *Smith,* for plaintiff; *Shepherd* and *Aydlett,* for defendant. Appeal dismissed, controversy having been settled by the parties.

KILBY *v.* EGGLESTON, from Perquimans. *Bond* and *Smith,* for plaintiff; *Busbee & Busbee,* for defendant. Appeal dismissed, controversy having been settled by the parties.

PRUDEN *v.* CHAPPELL, from Chowan. *Bond,* for defendant appellee. Motion to docket and dismiss under Rule 17 allowed.

RUMBO *v.* GAY MANUFACTURING Co., from Chowan. *Bond* and *Vann,* for plaintiff; *Pruden* and *Shepherd,* for defendant. Motion of plaintiff to docket and dismiss appeal under Rule 17 allowed.

DUVAL LUMBER Co. *v.* FENTRESS LUMBER Co., from Hertford. *Winborne & Lawrence,* for plaintiff; *Cowper* and *Barnes,* for defendant. *Per Curiam,* affirmed.

STATE *v.* MALLETT and MEHEGAN, from Edgecombe. *Attorney-General* and *Harris,* for State; *F. H. Busbee,* for defendants. Copy of mandate of Supreme Court of United States sent to clerk below, on motion of the State.

BLAKE *v.* RAILROAD Co., from New Hanover. *Russell & Gore,* and *Dunning,* for plaintiff; *Davis,* for defendant. Motion to dismiss plaintiff's appeal for failure to print allowed.

WILLIAMS *v.* RICH, from Lenoir. *Shaw,* for plaintiff; *Shepherd,* for defendant. *Per Curiam,* affirmed.

CHEMICAL Co. *v.* BARBER, from Onslow. *A. D. Ward,* for plaintiff. Motion to docket and dismiss defendant's appeal under Rule 17 allowed.